UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL SCHNEIDER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABC INC., et al.,<br><br>    Defendants. | Case No. 20-cv-01662-JCS   (INT)<br><br>**ORDER REASSIGNING CASE** |

IT IS ORDERED that this case has been reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to the Honorable Vince Chhabria in the San Francisco division for all further proceedings. Counsel are instructed that all future filings shall bear the initials VC immediately after the case number.

All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated: March 19, 2020

_____
Susan Y. Soong
Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.