UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL SCHNEIDER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ABC INC., et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-01662-VC<br><br>**ORDER OF DISMISSAL** |

　　　　The plaintiff has filed a lawsuit in the Northern District of California alleging the same broad conspiracy, against largely the same defendants, as in federal lawsuits he already has pending in at least two other jurisdictions. *See Schneider v. ABC, Inc. et al.,* Case No. 20-cv-00021 (D. Vt.); *Schneider v. ABC, Inc. et al.*, Case No. 20-cv-00078 (D. Me.). There is no justification for pursuing these claims in multiple federal courts at the same time, and no justification for moving forward with this lawsuit when at least two other cases were filed first. Accordingly, this case is dismissed. Dismissal is without leave to amend in this case, but it is also without prejudice to the comparable claims being pursued in the other cases.

　　　**IT IS SO ORDERED.**

Dated: April 20, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge